IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.  ) No.  08-10171<br>)<br>DARYL McNEIL, )<br>)<br>Defendant. )<br>_____) | |

**Memorandum and Order**

This matter came before the court on May 21, 2009, for a competency hearing.  This written memorandum will supplement the court's oral ruling at the hearing.

The defendant is charged with one count of bank robbery involving the assault of a bank employee, in violation of 18 U.S.C. § 2113(a) and (d).  On January 1, 2009, the court granted a defense motion for an examination of the defendant pursuant to 18 U.S.C. § 4241.

The court and the parties have now received the report of the examiner, which states the examiner's opinion that the defendant is mentally competent to stand trial.  At the hearing on May 21st, the parties had no additional evidence to submit, and the court adopted the report of the examiner.

Accordingly, the court finds that the defendant Daryl McNeil is able to understand the nature of the proceedings against him and to assist properly in his defense.  The defendant is therefore competent to stand trial.

IT IS SO ORDERED this   26th   Day of May, 2009, at Wichita, Ks.

s/Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge